UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004 (c)

Law Offices of Seymour Wasserstrum
205 West Landis Avenue
Vineland, NJ 08360
Phone: (856) 696-8300
Fax: (856) 696-3586
Email: ecf@seymourlaw.net

In Re:

Jose Luis Nunez-Mesa

Case No.: _____

Judge: _____

Chapter: 13

Recommended Local Form:    ☐ Followed    ☐ Modified

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a) AND (a)(9)

I, Jose Luis Nunez-Mesa, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on 4/23/2025.

2. The above named Debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

Printed on 12/4/2024 12:02:29 PM by dtroche/Admin -- Report05-PCC

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: 12/4/2024

/s/ Jose Luis Nunez-Mesa
Signature of Debtor

DATED: 12/4/2024

/s/
Signature of Joint Debtor