| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>24-10249 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Freedom Mortgage Corporation | |
| In Re:<br><br>Jose Luis Nunez-Meza | Case No: 24-21971-ABA<br><br>Hearing Date: February 26, 2025<br><br>Judge: ANDREW B. ALTENBURG, JR<br><br>Chapter: 13 |

Order Filed on April 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: April 28, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>24-10249 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Freedom Mortgage Corporation | |
| In Re:<br><br>Jose Luis Nunez-Meza | Case No: 24-21971-ABA<br><br>Hearing Date: February 26, 2025<br><br>Judge: ANDREW B. ALTENBURG, JR<br><br>Chapter: 13 |

The Consent Order pertains to the property located at 311 W Orchard St, Hammonton, NJ 08037, mortgage account ending with "9630";

This Matter having been brought before the Court by, Seymour Wasserstrum, Esquire, attorney for Debtor, Jose Luis Nunez-Meza (hereinafter the "Debtor"), upon the filing of a Chapter 13 Plan, Freedom Mortgage Corporation (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

1. The Parties agree that this consent order shall be made part of the Confirmation Order.

2. The Debtor agrees that they shall cure the full amount of Creditor's valid secured Proof of Claim (#9) which lists pre-petition arrears in the amount of $32,658.19.

3. If required by the Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in Freedom Mortgage Corporation's allowed secured Proof of Claim.

4. Debtor acknowledges that the monthly post-petition mortgage payment amount is $1,779.11, and is subject to change in accordance with the terms of the note and mortgage.

5.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
Freedom Mortgage Corporation
By Its Attorney,

*/s/ Matthew Fissel*
Matthew Fissel
(Bar No. 038152012)
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
Telephone:  844-856-6646
Facsimile:  704-369-0760
E-Mail:  NJBKR@brockandscott.com

Dated: *04/24/2025*

DEBTOR
By Their Attorney,

/s/ Seymour Wasserstrum
Seymour Wasserstrum, Esquire
Attorney for Debtor
205 West Landis Avenue,
Vineland, NJ 08360
Phone Number: (856) 696-8300
Email: mylawyer7@aol.com

Dated: *04/24/2025*