

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>24-10249 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Freedom Mortgage Corporation | |
|---|---|
| In Re:<br><br>Jose Luis Nunez-Meza | Order Filed on April 28, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No: 24-21971-ABA<br><br>Hearing Date: February 26, 2025<br><br>Judge: ANDREW B. ALTENBURG, JR<br><br>Chapter: 13 |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: April 28, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

24-10249 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

In Re:

Jose Luis Nunez-Meza

Case No: 24-21971-ABA

Hearing Date: February 26, 2025

Judge: ANDREW B. ALTENBURG, JR

Chapter: 13

  The Consent Order pertains to the property located at 311 W Orchard St, Hammonton, NJ 08037, mortgage account ending with "9630";

  This Matter having been brought before the Court by, Seymour Wasserstrum, Esquire, attorney for Debtor, Jose Luis Nunez-Meza (hereinafter the "Debtor"), upon the filing of a Chapter 13 Plan, Freedom Mortgage Corporation (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

  1. The Parties agree that this consent order shall be made part of the Confirmation Order.

  2. The Debtor agrees that they shall cure the full amount of Creditor's valid secured Proof of Claim (#9) which lists pre-petition arrears in the amount of $32,658.19.

  3. If required by the Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in Freedom Mortgage Corporation's allowed secured Proof of Claim.

  4. Debtor acknowledges that the monthly post-petition mortgage payment amount is $1,779.11, and is subject to change in accordance with the terms of the note and mortgage.

5.  This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
Freedom Mortgage Corporation                    DEBTOR
By Its Attorney,                                By Their Attorney,

/s/ *Matthew Fissel*                            /s/ Seymour Wasserstrum
Matthew Fissel                                  Seymour Wasserstrum, Esquire
(Bar No. 038152012)                             Attorney for Debtor
Attorney for Creditor                           205 West Landis Avenue,
BROCK & SCOTT, PLLC                             Vineland, NJ 08360
3825 Forrestgate Dr.                            Phone Number: (856) 696-8300
Winston-Salem, NC 27103                         Email: mylawyer7@aol.com
Telephone:  844-856-6646
Facsimile:  704-369-0760
E-Mail:  NJBKR@brockandscott.com

Dated: *04/24/2025*                             Dated: *04/24/2025*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-21971-ABA |
| Jose Luis Nunez-Meza | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 28, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

**Recip ID        Recipient Name and Address**
db           + Jose Luis Nunez-Meza, 786 S. 2nd Road, Hammonton, NJ 08037-3332

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2025                Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:**

**Name                Email Address**

Andrew B Finberg
                    courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew L. Spivack
                    on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Denise E. Carlon
                    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com
                    bkgroup@kmllawgroup.com

Kimberly A. Wilson
                    on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com  wbecf@brockandscott.com

Seymour Wasserstrum
                    on behalf of Debtor Jose Luis Nunez-Meza mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1                               User: admin                                        Page 2 of 2
Date Rcvd: Apr 28, 2025                    Form ID: pdf903                                Total Noticed: 1
TOTAL: 6