Seymour Wasserstrum, Esq.
Law Office of Seymour Wasserstrum
205 Landis Avenue
Vineland, NJ 08360
Attorneys for Debtor(s)
(856) 696-8300

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISCTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RE: | : | CHAPTER 13 |
| | : | |
| Jose Nunez-Meza | : | CASE NO:    24-21971 |
| | : | |
| | : | |
| DEBTOR | : | CERTIFICATION OF JOSE NUNEZ- |
| | : | MASON IN OPPOSITION TO RELIEF SET |
| | : | FORTH IN FINAL ADJOURNMENT ORDER |

I, Jose Nunez-Mason, the above-referenced debtor, being of full age certify the following:

1. Confirmation for my Bankruptcy was given a final adjournment to June 11, 2025.
2. Pursuant to this order I have made efforts to substantially comply with my duties to the Chapter 13 Trustee. I have given most documents needed to resolve the objection filed by Freedom Mortgage, to address exemptions under 11 U.S.C. sec. 522(d)(5).
3. I will provide my state of NJ tax returns for period ending 2022 and 2023 to address the outstanding proof of claim.
4. Pursuant to my Final Adjournment Order, I was required to provide the Chapter 13 Trustee with certain "items by 10:00 a.m. (the Monday prior to the Final Adjournment Date)".
5. I ask the court to honor my Final Adjournment Order and allow me to provide items to the Trustee by 10:00 a.m. on  Monday prior to my Final Adjournment Date, which is June 9, 2025.

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the statements are willfully false, I am subject to punishment.

_6/4/2025_____   
DATE

__/s/  Jose Nunez-Mason
Jose Nunez-Mason