UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Jose Luis Nunez-Meza

Case No.: 24-21971

Chapter: 13

Judge: ABA

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL DOCUMENTS CONCERNING SCHEDULES

TO:  Seymour Wasserstrum

This will confirm that on 6/8/2025 the following document(s) was filed by you.

☒ Amendment to Schedule(s) CI ,

☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☐ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 6/9/2025                                         Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-21971-ABA |
| Jose Luis Nunez-Meza | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 09, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2025:**

**Recip ID**      **Recipient Name and Address**
db      + Jose Luis Nunez-Meza, 786 S. 2nd Road, Hammonton, NJ 08037-3332

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com wbecf@brockandscott.com |
| Seymour Wasserstrum | on behalf of Debtor Jose Luis Nunez-Meza mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jun 09, 2025 | Form ID: pdf903 | Total Noticed: 1
TOTAL: 6