Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−21971−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Luis Nunez−Meza
   786 S. 2nd Road
   Hammonton, NJ 08037

Social Security No.:
   xxx−xx−4159

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/12/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 13, 2025
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-21971-ABA |
| Jose Luis Nunez-Meza | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 13, 2025 | Form ID: 148 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Luis Nunez-Meza, 786 S. 2nd Road, Hammonton, NJ 08037-3332 |
| 520475054 | + | Office of the Attorney General, Richard J. Hughes Justice Complex, 25 Market St, Trenton, NJ 08611-2148 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2025 21:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2025 21:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 13 2025 21:32:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| 520477849 | + | EDI: AISACG.COM | Jun 14 2025 01:09:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520496842 | + | EDI: AISACG.COM | Jun 14 2025 01:09:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520475046 | + | EDI: GMACFS.COM | Jun 14 2025 01:09:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520475049 | | Email/Text: EBN@brockandscott.com | Jun 13 2025 21:31:00 | Brock and Scott PLLC, 302 Fellowship Rd, Ste 130, Mount Laurel, NJ 08054-1218 |
| 520475047 | + | EDI: BANKAMER | Jun 14 2025 01:09:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520475048 | + | EDI: BANKAMER | Jun 14 2025 01:09:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520534124 | | EDI: BANKAMER | Jun 14 2025 01:09:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520475050 | + | EDI: CAPITALONE.COM | Jun 14 2025 01:09:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520475051 | + | EDI: CITICORP | Jun 14 2025 01:09:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520475052 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 13 2025 21:32:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 520550004 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 13 2025 21:32:00 | Freedom Mortgage Corporation, Attn: Bankruptcy |

Case 24-21971-ABA    Doc 33    Filed 06/15/25    Entered 06/16/25 00:20:36    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: 148 | Total Noticed: 25 |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-7939 |
| 520475053 | EDI: IRS.COM | Jun 14 2025 01:09:00 | Internal Revenue Service, 955 S Springfield Ave., Bldg. A, Springfield, NJ 07081 |
| 520545434 | EDI: JEFFERSONCAP.COM | Jun 14 2025 01:09:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520550114 | Email/Text: mtgbk@shellpointmtg.com | Jun 13 2025 21:31:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 520547464 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 21:48:59 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520532646 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 13 2025 21:31:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520475056 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 13 2025 21:31:00 | State of New Jersey, P.O. Box 245, Trenton, NJ 08695 |
| 520475055 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 13 2025 21:32:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 520475057 | ^ MEBN | Jun 13 2025 21:25:26 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 520546783 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 13 2025 21:31:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520665768 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 15, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew L. Spivack | |

| | |
|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 13, 2025 | Form ID: 148 | Total Noticed: 25 |

| | |
|---|---|
| | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Denise E. Carlon | |
| | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | |
| | on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com wbecf@brockandscott.com |
| Seymour Wasserstrum | |
| | on behalf of Debtor Jose Luis Nunez-Meza mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6