UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Victor Druziako, Esq.
Law Office of Victor Druziako, P.C.
1882 W. Landis Ave.
Vineland, NJ 08360
(856)602-7474
VD-3263
Counsel for Debtor, Jose Luis Nunez-Meza

Adv. No.:

Judge: ABA

In Re:

Debtor, Jose Luis Nunez-Meza

**SUBSTITUTION OF ATTORNEY FOR DEBTOR, JOSE LUIS NUNEZ-MEZA**

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of Victor Druziako as counsel for Debtor, Jose Luis Nunez-Meza, in the above-entitled case.

_____
Law Office of Seymour Wasserstrum
Seymour Wasserstrum, Esquire
Withdrawing Attorney

_____
Law Office of Victor Druziako, P.C.
Victor Druziako, Esq.
Substituting Attorney