Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

Case No.:  24−21971−ABA  
Chapter:  13  
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Luis Nunez−Meza  
   786 S. 2nd Road  
   Hammonton, NJ 08037

Social Security No.:  
   xxx−xx−4159

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              9/10/25  
Time:              10:00 AM  
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 29, 2025  
JAN: har

                              Jeanne Naughton  
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-21971-ABA

Jose Luis Nunez-Meza  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 3
Date Rcvd: Jul 29, 2025   Form ID: 132   Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Luis Nunez-Meza, 786 S. 2nd Road, Hammonton, NJ 08037-3332 |
| 520475054 | + | Office of the Attorney General, Richard J. Hughes Justice Complex, 25 Market St, Trenton, NJ 08611-2148 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 29 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 29 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 29 2025 20:52:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| 520477849 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 29 2025 21:07:58 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520496842 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 29 2025 21:07:55 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520475046 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 29 2025 20:52:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520475049 | | Email/Text: EBN@brockandscott.com | Jul 29 2025 20:52:00 | Brock and Scott PLLC, 302 Fellowship Rd, Ste 130, Mount Laurel, NJ 08054-1218 |
| 520475047 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 29 2025 20:52:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520475048 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 29 2025 20:52:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520534124 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 29 2025 20:52:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520475050 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2025 21:18:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520475051 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2025 20:56:58 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520475052 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 29 2025 20:52:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 520550004 | | Email/Text: Bankruptcy@Freedommortgage.com | Jul 29 2025 20:52:00 | Freedom Mortgage Corporation, Attn: Bankruptcy |

Case 24-21971-ABA    Doc 38    Filed 07/31/25    Entered 08/01/25 00:12:56    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2025 | Form ID: 132 | Total Noticed: 25 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-7939 |
| 520475053 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 29 2025 20:53:00 | Internal Revenue Service, 955 S Springfield Ave., Bldg. A, Springfield, NJ 07081 |
| 520545434 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 29 2025 20:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520550114 | | Email/Text: mtgbk@shellpointmtg.com | Jul 29 2025 20:52:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 520547464 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2025 20:56:30 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520532646 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 29 2025 20:52:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520475056 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 29 2025 20:52:00 | State of New Jersey, P.O. Box 245, Trenton, NJ 08695 |
| 520475055 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 29 2025 20:52:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 520475057 | ^ | MEBN | Jul 29 2025 20:47:46 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 520546783 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 29 2025 20:52:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520665768 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew L. Spivack | |

| | |
|---|---|
| | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com  wbecf@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Victor Druziako | on behalf of Debtor Jose Luis Nunez-Meza bkdruziako@aol.com |

TOTAL: 6