Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 24-21971 (ABA)

Jose Luis Nunez-Meza
786 S. 2Nd Road
Hammonton, NJ  08037

Monthly Payment: $1,933.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/16/2025 | $302.00 | 01/16/2025 | $1,000.00 | 02/03/2025 | $1,302.00 | 03/04/2025 | $1,302.00 |
| 04/03/2025 | $1,302.00 | 05/05/2025 | $1,302.00 | 06/04/2025 | $1,302.00 | 08/15/2025 | $1,302.00 |
| 09/03/2025 | $1,302.00 | 10/03/2025 | $1,933.00 | 11/04/2025 | $1,933.00 | 12/03/2025 | $1,933.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOSE LUIS NUNEZ-MEZA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | VICTOR DRUZIAKO, ESQUIRE | 13 | $3,113.00 | $3,113.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $506.70 | $86.76 | $419.94 | $0.00 |
| 2 | BANK OF AMERICA, N.A. | 33 | $5,439.77 | $0.00 | $5,439.77 | $0.00 |
| 3 | BANK OF AMERICA, N.A. | 33 | $3,932.47 | $0.00 | $3,932.47 | $0.00 |
| 4 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $8,526.21 | $0.00 | $8,526.21 | $0.00 |
| 5 | CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CITIBANK/THE HOME DEPOT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | FREEDOM MORTGAGE CORPORATION | 24 | $32,658.19 | $5,591.85 | $27,066.34 | $0.00 |
| 8 | DEPARTMENT OF THE TREASURY | 28 | $119.69 | $0.00 | $119.69 | $0.00 |
| 9 | RESURGENT CAPITAL SERVICES | 33 | $1,915.54 | $0.00 | $1,915.54 | $0.00 |
| 10 | SHELLPOINT MORTGAGE SERVICING | 24 | $23,724.42 | $4,062.18 | $19,662.24 | $0.00 |
| 11 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | TOYOTA FINANCIAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | TOYOTA LEASE TRUST | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | DEPARTMENT OF THE TREASURY | 33 | $16.04 | $0.00 | $16.04 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2025 | 8.00 | $0.00 |
| 09/01/2025 | Paid to Date | $10,416.00 |
| 10/01/2025 | 51.00 | $1,933.00 |
| 01/01/2030 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $16,215.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,739.71 |
| Arrearages: | $0.00 |
| Attorney: | VICTOR DRUZIAKO, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**