UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor:
US Bank Trust National Association, Not In Its
Individual Capacity But Solely As the Owner Trustee For
VRMTG Asset Trust

In Re:
Jose Luis Nunez-Meza
Debtor

**Order Filed on April 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  24-21971 ABA

Chapter: 13

Hearing Date: 4/7/2026 @ 10am

Judge:  Andrew B. Altenburg Jr.

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: April 22, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Jose Luis Nunez-Meza
Case No:  24-21971 ABA
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, US Bank Trust National Association, Not In Its Individual Capacity But Solely As the Owner Trustee For VRMTG Asset Trust, Matthew Fissel Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 786 S 2Nd Rd, Hammonton, NJ, 08037, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Victor Druziako, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of April 3, 2026, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due March 2026 through April 2026 for a total post-petition default of $3,820.14 (2 @ $1,958.73; less suspense $97.32); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $3,820.14 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume May 1, 2026, directly to Secured Creditor care of its servicer, Shellpoint Mortgage Servicing PO Box 650840 Dallas, TX 75265-0840, (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 Bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $199.00 for filing fees, totaling $549.00, which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 24-21971-ABA

Jose Luis Nunez-Meza                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                    User: admin                                    Page 1 of 2

Date Rcvd: Apr 22, 2026                          Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

**Recip ID                    Recipient Name and Address**
db                    +  Jose Luis Nunez-Meza, 786 S. 2nd Road, Hammonton, NJ 08037-3332

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:

**Name                         Email Address**

Andrew B Finberg
                              courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew L. Spivack
                              on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Charles G. Wohlrab
                              on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicer for US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Kimberly A. Wilson
                              on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com  wbecf@brockandscott.com

Matthew K. Fissel
                              on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com

District/off: 0312-1                     User: admin                                    Page 2 of 2
Date Rcvd: Apr 22, 2026                  Form ID: pdf903                                Total Noticed: 1

Matthew K. Fissel

      on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As the Owner Trustee For
      VRMTG Asset Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee

      USTPRegion03.NE.ECF@usdoj.gov

Victor Druziako

      on behalf of Debtor Jose Luis Nunez-Meza bkdruziako@aol.com


TOTAL: 8