

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor:
US Bank Trust National Association, Not In Its
Individual Capacity But Solely As the Owner Trustee For
VRMTG Asset Trust

In Re:
Jose Luis Nunez-Meza
Debtor

Order Filed on April 28, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  24-21971 ABA

Chapter:  13

Hearing Date: 4/7/2026 @ 10am

Judge:  Andrew B. Altenburg Jr.

## AMENDED ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: April 28, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Jose Luis Nunez-Meza
Case No:  24-21971 ABA
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, US Bank Trust National Association, Not In Its Individual Capacity But Solely As the Owner Trustee For VRMTG Asset Trust, Matthew Fissel Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 786 S 2Nd Rd, Hammonton, NJ, 08037, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Victor Druziako, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of April 17, 2026, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due March 2026 through April 2026 for a total post-petition default of $3,568.95 (2 @ $1,875.00; less suspense $181.05); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $3,568.95 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume May 1, 2026, directly to Secured Creditor care of its servicer, Shellpoint Mortgage Servicing PO Box 650840 Dallas, TX 75265-0840, (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 Bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $199.00 for filing fees, totaling $549.00, which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.